# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H. ROBINSON, CDCR #D-48919,<br><br>    Plaintiff<br><br>vs.<br><br>W. LILES; O. LEAL; J. VENABLE; R. PARAMO; J. ROMERO; G. LEON; R.J. WOODS; R.J. HERNANDEZ; JOHN DOES 1-10,<br><br>    Defendants. | Civil No.   07-1267 H (WMc)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO PAY INITIAL FILING FEE [Doc. No. 4]** |

Plaintiff, an inmate currently incarcerated at California State Prison's Substance Abuse Treatment Facility in Corcoran, California, and proceeding pro se, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  Because the Court neither received the $350 filing fee to initiate a civil action nor did the Court receive a Motion to Proceed *In Forma*

*Pauperis* ("IFP") pursuant to 28 U.S.C. §§ 1914(a) and 1915(a), the Court dismissed Plaintiff's action for failing to pay or move to proceed IFP. *See* August 2, 2007 Order at 2-3.

Plaintiff has now filed a "Motion to Reconsider" which the Court liberally construes as a motion for extension of time to pay the initial civil filing fee. In Plaintiff's Motion he indicates that he was informed by the Prison's trust account office that a check for $350 was mailed to the Court along with his initial Complaint. *See* Pl.'s Mot. at 2. However, as of August 27, 2007, this Court has not received Plaintiff's check. Based on the documentation submitted to the Court, it does appear that Plaintiff made a good faith effort to submit the correct filing fee. Accordingly, the Court will **GRANT** Plaintiff an extension of time to submit the initial civil filing fee of $350.00 or in the alternative, a Motion to Proceed IFP.

## Conclusion and Order

Plaintiff's Motion for Extension of Time to Pay Initial Civil Filing Fee, or in the alternative, a Motion to Proceed IFP [Doc. No. 4] is **GRANTED**. Plaintiff has sixty (60) days leave from the date this Order is "Filed" to: (a) prepay the entire $350 civil filing fee in full; *or* (b) complete and file a Motion to proceed IFP which includes a certified copy of his trust account statement for the 6-month period preceding the filing of his Complaint pursuant to 28 U.S.C. § 1915(a)(2).

**IT IS SO ORDERED.**

DATED: August 28, 2007

_____
**MARILYN L. HUFF**
United States District Judge