# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H. ROBINSON, | CASE NO. 07-CV-1267-H (WMC) |
| Plaintiff, | **SCHEDULING ORDER** |
| vs. | |
| W. LILES, et al., | |
| Defendant. | |

On July 12, 2007, George H. Robinson, plaintiff proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983. (Doc. No. 1.) On June 22, 2009, Defendants filed an answer to Plaintiff's complaint. (Doc. No. 66.) The Final Pretrial Conference is currently set before this Court on July 12, 2010, at 10:30 a.m. (See Doc. No. 68.)

The Court issues the following additional Scheduling Order:

1. Absent further order, the Court sets a hearing for motions in limine for **July 26, 2010**, at 10:30 a.m. Parties shall appear telephonically. Attorney General shall facilitate Plaintiff's telephonic appearance at the hearing.

2. The Court sets the trial date in this case for **July 27, 2010**, at **9:00 a.m.**

3. The Court sets the following time limits for the trial: nine hours per each side, all inclusive. This includes all aspects of the trial: voir dire, opening statements, direct and cross examination, jury instruction conference and closing arguments. The Court

1     reserves the right to assess time as appropriate.

2     **IT IS SO ORDERED.**

3 DATED: December 4, 2009

                                                   */s/ Marilyn L. Huff*

                                        MARILYN L. HUFF, District Judge

                                        UNITED STATES DISTRICT COURT